| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

ANDREA GARCIA CRUZ, #19294-078   §
　　　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　　　　§　　CIVIL ACTION NO. 4:16-CV-593
　　　　　　　　　　　　　　　　　§　　CRIMINAL ACTION NO. 4:11-CR-223(02)
UNITED STATES OF AMERICA　　　　 §

## ORDER OF DISMISSAL

The above-styled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 should be denied. Movant has filed objections.

Movant is seeking a reduction in her sentence based on Amendment 794 to the United States Sentencing Guidelines. In both her § 2255 motion and objections, she argues that the amendment is retroactively applicable. The Fifth Circuit has repeatedly held, however, that the amendment is not retroactively applicable in a § 2255 proceeding. *United States v. Alipizar*, 718 F. App'x 305, 306 (5th Cir. 2018); *In re*: *Pinales*, 703 F. App'x 353, 354 (5th Cir. 2017); *United States v. Guerrero*, 691 F. App'x 179, 180 (5th Cir. 2017). Relief is not available in a § 2255 proceeding based on the amendment. Movant's motion and objections lack merit.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Movant to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and the objections of Movant are without merit.

It is accordingly **ORDERED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 is **DENIED**, and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Tyler, Texas, this 28th day of June, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE